General Rubber Company of Brazil, Appellant, v. Elias C. Benedict, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and order for examination reinstated, the date of examination to be fixed on settlement of the order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Beny Margulevsky, Appellant, v. Philip S. Glickman and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Willard H. Townsend, Appellant, v. Carter Construction Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted on the authority of *Sullivan* v. *Ryan-Parker Construction Co., No. 1* (148 App. Div. 243). Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John H. Meyer and Another, Copartners, etc., Appellants, v. Eladio J. Gancedo, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William P. Niebrugge and Another, Individually and as Partners, etc., Respondents, v. Forrest Kaldenberg, Appellant.— Order modified by providing that the order for examination of defendant before trial be limited to an examination as to facts necessary to sustain plaintiffs' cause of action, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Paul Cavanagh, Respondent, v. Pine Hill Crystal Spring Company, Defendant. Joseph A. Seidman, Former Attorney for Plaintiff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Leo Schlesinger and Another, as Executors, etc., Respondents. Amelia Schlesinger Cook, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Kaufman S. Falk and Others, as Surviving Members, etc., Respondents, v. Thomas R. Wheeler, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.